**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE No.: 6:23-cv-02294-ACC-RMN

TAVIA WAGNER,

    Plaintiff,

vs.

PRISHMA ENTERPRISE, INC., et al.,

    Defendants.

_____/

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE SOLELY AS TO DEFENDANT PRISHMA ENTERPRISE, INC.**

Plaintiff TAVIA WAGNER, by and through her undersigned counsel, hereby files this Stipulation of Voluntary Dismissal, without prejudice, of this action, solely as to Defendant, PRISHMA ENTERPRISE, INC.

Respectfully submitted this 14th day of March 2024.

   By: /s/Joe M. Quick, Esq.
      Joe M. Quick, Esq.
      Florida Bar No.: 0883794
      Law Office of Joe Quick, P.A.
      *Counsel for Plaintiff*
      1224 S. Peninsula Drive #619
      Daytona Beach, Florida 32118
      Tel: (386) 212-3591
      E-mail: JMQuickesq@gmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of March 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

    By: /s/Joe M. Quick, Esq.
        Joe M. Quick, Esq.
        Florida Bar No.: 0883794
        Law Office of Joe Quick, P.A.
        *Counsel for Plaintiff*
        1224 S. Peninsula Drive #619
        Daytona Beach, Florida 32118
        Tel: (386) 212-3591
        E-mail:JMQuickesq@gmail.com